# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☒ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
OAKLAND DIVISION

## OFFENSE CHARGED

Count One: 21 U.S.C. § 843(b) - Illegal Use of a Communications Facility

Count Two: 21 U.S.C. § 843(b) - Illegal Use of a Communications Facility

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attachment

### DEFENDANT - U.S
Joe Frank

DISTRICT COURT NUMBER
CR 19-00043-13 YGR

**FILED**
Sep 25 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
ATF Special Agent Whitney Hameth

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: David L. Anderson
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Sloan Heffron and Frank Riebli

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:

**ATTACHMENT TO PENALTY SHEET**

**Count One: 21 U.S.C. § 843(b) – Illegal Use of a Communications Facility**

<u>Maximum Penalties</u>:
- Imprisonment: Four Years
- Fine: $250,000
- Supervised Release: One Year
- Special Assessment: $100
- Potential Deportation
- Forfeiture
- Denial of Federal Benefits

**Count Two: 21 U.S.C. § 843(b) – Illegal Use of a Communications Facility**

<u>Maximum Penalties</u>:
- Imprisonment: Four Years
- Fine: $250,000
- Supervised Release: One Year
- Special Assessment: $100
- Potential Deportation
- Forfeiture
- Denial of Federal Benefits

DAVID L. ANDERSON (CABN 149604)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOE FRANK,<br><br>    Defendant. | Case No. CR 19-00043-13 YGR<br><br>VIOLATIONS: 21 U.S.C. § 843(b) – Illegal Use of a Communications Facility (Two Counts); 21 U.S.C. § 853 – Forfeiture Allegation |

S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE:          (21 U.S.C. § 843(b) – Illegal Use of a Communications Facility)

On or about November 23, 2018, in the Northern District of California and elsewhere, the defendant,

JOE FRANK,

did knowingly and intentionally use a communication facility in committing, causing, and facilitating the commission of an act constituting a felony under Title 21, Subchapter I, in violation of Title 21, United States Code, Section 843(b).

//

//

SUPERSEDING INFORMATION

1  COUNT TWO:            (21 U.S.C. § 843(b) – Illegal Use of a Communications Facility)

2      Beginning on or about December 2, 2018, and continuing to on or about December 4, 2018, in

3  the Northern District of California and elsewhere, the defendant,

4  JOE FRANK,

5  did knowingly and intentionally use a communication facility in committing, causing, and facilitating

6  the commission of an act constituting a felony under Title 21, Subchapter I, in violation of Title 21,

7  United States Code, Section 843(b).

9  FORFEITURE ALLEGATION:        (21 U.S.C. § 853(a) – Forfeiture)

10     The factual allegations contained above are hereby re-alleged and fully incorporated by reference

11 for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

12     Upon conviction of either of the offenses alleged in Counts One or Two of this Superseding

13 Information, the defendant,

14 JOE FRANK,

15 shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any right,

16 title, and interest in any property constituting and derived from any proceeds the defendant obtained,

17 directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any

18 manner or part, to commit or to facilitate the commission of such violations, including but not limited to

19 a forfeiture money judgment and the following:

20-21     a.    all electronic devices seized from or about the defendant on or about July 25, 2019, in Sacramento, California; and

22-23     b.    all United States currency seized from or about the defendant on or about July 25, 2019, in Sacramento, California.

24 If any of the property described above, as a result of any act or omission of the defendant:

25     a.    cannot be located upon exercise of due diligence;

26     b.    has been transferred or sold to, or deposited with, a third party;

27     c.    has been placed beyond the jurisdiction of the court;

28     d.    has been substantially diminished in value; or

SUPERSEDING INFORMATION                  2

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

  All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED: September 25, 2020       DAVID L. ANDERSON
                  United States Attorney

                  *Sloan Heffron*
                  SLOAN HEFFRON
                  FRANK J. RIEBLI
                  Assistant United States Attorneys

SUPERSEDING INFORMATION      3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL COVER SHEET

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

| | |
|---|---|
| **CASE NAME:** USA v. JOE FRANK | **CASE NUMBER:** CR 19-00043-13 YGR |
| **Is This Case Under Seal?** | Yes    No ✔ |
| **Total Number of Defendants:** | 1 ✔    2-7    8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes    No ✔ |
| **Venue (Per Crim. L.R. 18-1):** | SF    OAK ✔    SJ |
| **Is this a potential high-cost case?** | Yes    No ✔ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes    No ✔ |
| **Is this a RICO Act gang case?** | Yes    No ✔ |
| **Assigned AUSA (Lead Attorney):** Sloan Heffron | **Date Submitted:** 9/25/20 |

**Comments:**

This Information is to supersede the Superseding Indictment previously filed in CR 19-00043 YGR.  This Superseding Information only concerns defendant Joe Frank.

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM        SAVE PDF